**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Tramar Inc.** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **56-1356689** |
| **4.** | **Debtor's address** | **Principal place of business**  **2805 Walkup Ave.**  **Monroe, NC 28110**  Number, Street, City, State & ZIP Code  **Union**  County  **Mailing address, if different from principal place of business**  **PO Box 2129**  **Monroe, NC 28111-1000**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  **Tramar Inc.**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__4243__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Tramar Inc.** Case number (*if known*)
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor    **Tramar Inc.**                                                                                      Case number (*if known*)
     Name

☐ $50,001 - $100,000                    ☐ $10,000,001 - $50 million             ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000                   ☐ $50,000,001 - $100 million            ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million                 ☐ $100,000,001 - $500 million           ☐ More than $50 billion

Debtor **Tramar Inc.**
     Name

Case number (*if known*)

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 8, 2023**
                 MM / DD / YYYY

**X /s/ Perry Crooke**                                              **Perry Crooke**
Signature of authorized representative of debtor            Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ Sandra U. Cummings**                                   Date **September 8, 2023**
Signature of attorney for debtor                                       MM / DD / YYYY

**Sandra U. Cummings 7678**
Printed name

**THE CUMMINGS LAW FIRM, PA**
Firm name

**1230 West Morehead Suite 404**
**Charlotte, NC 28208**
Number, Street, City, State & ZIP Code

Contact phone **704-376-2853**          Email address **c_firm @bellsouth.net**

**7678 NC**
Bar number and State

230 Fifth Avenue Associates LLC
125 Park Ave.
New York, NY 10017


Furniture Factors Inc.
d/ba Main Street Factors
PO Box 2084
Tupelo, MS 38803-2084


Furniture Factors Inc.
d/ba Main Street Factors
2609 Traceland Drive
Suite D
Tupelo, MS 38801


Internal Revenue Service
Bankruptcy Section
Insolvency Unit
PO Box 21126
Philadelphia, PA 19114


Kirby M. and Mary Jane Crooke Family LP
2805 Walkup Avenue
Monroe, NC 28110


Law Office of Allison M. Furman P.C.
260 Madison Avenue,15 th FL
New York, NY 10016


NC Dept of Revenue
P.O. Box 1168
Bankruptcy Unit
Raleigh, NC 27602-1168


Sheriff of Union County
3344 Presson Rd.
Monroe, NC 28112


Spectrum / TWC
P.O. Box 70872
Charlotte, NC 28272-0872


Union County Tax Collector
704 N. Main Street
Monroe, NC 28111-0038

```
US Attorney's Office
227 W. Trade Street, Suite 1650
Charlotte, NC 28202


Ward and SmithP.A.
PO Box33009
Raleigh, NC 27636


Worldwide Logistics Inc.
400 Park Ave. 19th FL
New York, NY 10022


Worldwide Logistics Ltd.
400 Park Ave. 19th FL
New York, NY 10022


Worldwide Logistics Ltd.
80 Route 4 East
Suite 410
Paramus, NJ 07652
```

# United States Bankruptcy Court
## Western District of North Carolina

In re __Tramar Inc.__

Debtor(s)

Case No.

Chapter **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Tramar Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Perry Crooke**
**3504 Out of Bounds Dr.**
**Monroe, NC 28112**

☐ None [*Check if applicable*]

**September 8, 2023**
Date

/s/ Sandra U. Cummings
**Sandra U. Cummings 7678**
Signature of Attorney or Litigant
Counsel for __Tramar Inc.__
**THE CUMMINGS LAW FIRM, PA**
**1230 West Morehead Suite 404**
**Charlotte, NC 28208**
**704-376-2853 Fax:704-376-3334**
**c_firm @bellsouth.net**